UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FATHERS & DAUGHERS NEVADA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DOES 1-13, )<br>)<br>Defendants. ) | Case No.: 4:16-cv-10654<br><br>Hon. Judge Linda V. Parker<br><br>Magistrate Judge R. Steven Whalen |

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE DISCOVERY
PRIOR TO RULE 26(f) MEETING

Having reviewed Plaintiff Fathers & Daughters Nevada, LLC's *ex parte* motion for leave to take discovery of third party Internet Service Providers identified in Exhibit 1 to Plaintiff's complaint prior to the Rule 26(f) conference for the purposes of learning the defendants' identities before the spoliation of evdience, and deeming itself fully advised, the Court finds and orders as follows:

1. **Plaintiff's motion is granted.**

2. Plaintiff may serve subpoenas on those entities identified in Plaintiff's Exhibit 1 of its Complaint (ECF No. 1) naming John Does 1-13 for the express purposes of learning the real identities, including their names, addresses, telephone numbers, email addresses, IP addresses, web hosts, and any other identifying information.

s/ Linda V. Parker
LINDA V. PARKER
UNITED STATES DISTRICT JUDGE

Dated:

February 29, 2016