# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Fathers and Daughters Nevada, LLC ) | |
| ) | |
| ) | Civil Action No. 16-10654 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| Ms. Ashley Ogg, et al., ) | Hon. Linda V. Parker |
| ) | |
| ) | |
| *Defendant.* ) | |

**SUMMONS IN A CIVIL ACTION**

To: Ms. Ashley Ogg

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Barry C. Kane
> Kane & Co., PLC
> 29 Pearl St., N.W.
> 410 Federal Square Bldg.
> Grand Rapids, MI 49503
> 616-726-5905

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S.Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 17, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-10654
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Ms. Ashley Ogg

Date of Service: _____

## Method of Service

___  Personally served at this address:
_____
_____
_____

___  Left copies at the usual place of abode with (name of person):
_____
_____
_____

___  Other (specify):
_____
_____
_____

___  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Fathers and Daughters Nevada, LLC )
)
)
                *Plaintiff,* )    Civil Action No. 16-10654
)
v. )
)
Ms. Ashley Ogg, et al., )    Hon. Linda V. Parker
)
)
                *Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:    Mr. Richard Wilkins, Jr.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Barry C. Kane
    Kane & Co., PLC
    29 Pearl St., N.W.
    410 Federal Square Bldg.
    Grand Rapids, MI 49503
    616-726-5905

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*        By:  s/S.Osorio
                                                                 *Signature of Clerk or Deputy Clerk*

                                                                   Date of Issuance:  May 17, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-10654
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Mr. Richard Wilkins, Jr.

Date of Service: _____

## Method of Service

___  Personally served at this address:
     _____
     _____
     _____

___  Left copies at the usual place of abode with (name of person):
     _____
     _____
     _____

___  Other (specify):
     _____
     _____
     _____

___  Returned unexecuted (reason):
     _____
     _____
     _____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
                  _____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Fathers and Daughters Nevada, LLC | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 16-10654 |
| v. | ) ) | |
| Ms. Ashley Ogg, et al., | ) ) ) | Hon. Linda V. Parker |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Darrin Hart

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Barry C. Kane
    Kane & Co., PLC
    29 Pearl St., N.W.
    410 Federal Square Bldg.
    Grand Rapids, MI 49503
    616-726-5905

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S.Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 17, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-10654
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Darrin Hart

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Fathers and Daughters Nevada, LLC | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-10654 |
| v. | ) | |
| Ms. Ashley Ogg, et al., | ) | Hon. Linda V. Parker |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:    Ms. Croshenna Higgins

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Barry C. Kane
    Kane & Co., PLC
    29 Pearl St., N.W.
    410 Federal Square Bldg.
    Grand Rapids, MI 49503
    616-726-5905

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/S.Osorio
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 17, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-10654
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Ms. Croshenna Higgins

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Fathers and Daughters Nevada, LLC | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 16-10654 |
| v. | ) ) | |
| Ms. Ashley Ogg, et al., | ) ) ) | Hon. Linda V. Parker |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Mr. Thomas Schamante

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Barry C. Kane
    Kane & Co., PLC
    29 Pearl St., N.W.
    410 Federal Square Bldg.
    Grand Rapids, MI 49503
    616-726-5905

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/S.Osorio
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 17, 2016



# Summons and Complaint Return of Service

Case No. 16-10654
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Mr. Thomas Schamante

Date of Service: _____

## Method of Service

___   Personally served at this address:
_____
_____
_____

___   Left copies at the usual place of abode with (name of person):
_____
_____
_____

___   Other (specify):
_____
_____
_____

___   Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Fathers and Daughters Nevada, LLC | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 16-10654 |
| v. | ) ) | |
| Ms. Ashley Ogg, et al., | ) ) ) | Hon. Linda V. Parker |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:  Ms. Judy Porter


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Barry C. Kane
   Kane & Co., PLC
   29 Pearl St., N.W.
   410 Federal Square Bldg.
   Grand Rapids, MI 49503
   616-726-5905

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By: s/S.Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 17, 2016



# Summons and Complaint Return of Service

Case No. 16-10654
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Ms. Judy Porter

Date of Service:   _____

## Method of Service

___   Personally served at this address:
      _____
      _____
      _____

___   Left copies at the usual place of abode with (name of person):
      _____
      _____
      _____

___   Other (specify):
      _____
      _____
      _____

___   Returned unexecuted (reason):
      _____
      _____
      _____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _____

Signature of Server:   _____

Date:   _____

Server's Address:   _____
                    _____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Fathers and Daughters Nevada, LLC | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-10654 |
| v. | ) | |
| Ms. Ashley Ogg, et al., | ) | Hon. Linda V. Parker |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Theresa Earl

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Barry C. Kane
   Kane & Co., PLC
   29 Pearl St., N.W.
   410 Federal Square Bldg.
   Grand Rapids, MI 49503
   616-726-5905

   If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By: s/S.Osorio
                                        *Signature of Clerk or Deputy Clerk*

                                        Date of Issuance: May 17, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-10654
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Theresa Earl

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Fathers and Daughters Nevada, LLC | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 16-10654 |
| v. | ) ) | |
| Ms. Ashley Ogg, et al., | ) ) ) | Hon. Linda V. Parker |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:    Judy Mayes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Barry C. Kane
   Kane & Co., PLC
   29 Pearl St., N.W.
   410 Federal Square Bldg.
   Grand Rapids, MI 49503
   616-726-5905

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S.Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 17, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-10654
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Judy Mayes

Date of Service:

## Method of Service

___   Personally served at this address:

___   Left copies at the usual place of abode with (name of person):

___   Other (specify):

___   Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Fathers and Daughters Nevada, LLC   )
)
)
              *Plaintiff,*   )   Civil Action No.  16-10654
)
      v.   )
)
Ms. Ashley Ogg, et al.,   )   Hon.  Linda V. Parker
)
)
             *Defendant.*   )

**SUMMONS IN A CIVIL ACTION**

To:    Frank Burns


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Barry C. Kane
    Kane & Co., PLC
    29 Pearl St., N.W.
    410 Federal Square Bldg.
    Grand Rapids, MI 49503
    616-726-5905

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*       By:  s/S.Osorio
                                                              *Signature of Clerk or Deputy Clerk*

                                                              Date of Issuance:  May 17, 2016



# Summons and Complaint Return of Service

Case No. 16-10654
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Frank Burns

Date of Service: _____

## Method of Service

____   Personally served at this address:
_____
_____
_____

____   Left copies at the usual place of abode with (name of person):
_____
_____
_____

____   Other (specify):
_____
_____
_____

____   Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____